

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Sumit Sud**<br>*Assistant Corporation Counsel*<br>ssud@law.nyc.gov<br>(212) 788-1096<br>(212) 788-9776 (fax) |

March 9, 2009

**BY ECF**
The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      Re: Pamela Shears v. City of New York et al.
           08 CV 04832 (JBW)(SMG)

Your Honor,

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. I write to respectfully request that the conference currently scheduled for March 12, 2009, at 10:00 A.M., and the initial conference scheduled for March 24, 2009 at 10:00 A.M., be adjourned to a date and time convenient to the Court, after March 30, 2009, for the reasons set forth herein. Plaintiff's counsel, Emmanuel Roy, Esq. consents to these requests.

    The undersigned is scheduled to appear for an final pre-trial conference, in the matter of Jean-Laurent v. C.O. Wilkinson et al., 05 Civ. 00583 (VM)(DFE) before the Honorable Judge Marrero, in the Southern District of New York, on March 12, 2009, at 11:00 A.M., and as such will not be able to attend the scheduled conference before Your Honor.

    In addition, the trial of the Jean-Laurent matter is scheduled to commence on March 23, 2009, and is expected to continue until March 27, 2009. Accordingly, the undersigned will not be able to attend the initial conference, currently scheduled for March 24, 2009, at 10:00 AM, as I will be engaged in trial.

    Accordingly, defendant City of New York respectfully requests that the conference currently scheduled for March 12, 2009, at 10:00 A.M., and the initial conference scheduled for March 24, 2009 at 10:00 A.M., be adjourned to a date and time convenient to the Court after March 30, 2009.

Thank you for your consideration of these requests.

                                                          Respectfully submitted,

                                                                       /s

                                                          Sumit Sud
                                                          Assistant Corporation Counsel

cc:      Emmanuel Roy, Esq.  (By ECF)