**ROY & ASSOCIATES. P.C.**
**26 Court Street, Suite 1503**
**Brooklyn, New York 11242**
**(718) 797-2553**
**Facsimile: 718-705-4394**

**WWW.ATTORNEYROY.COM**

September 3, 2009

*Via HAND DELIVERY*
*ECF*

Honorable Steven M. Gold
United State Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Pamela Shears v. City of New York et al**
      **United States District Court, Eastern District**
      **Index No.: 08-4832(WJ)**

Dear Judge Gold:

      This firm represents the Plaintiff in the above captioned matter. I am writing on behalf of both parties seeking an adjournment of the conference scheduled for Wednesday September 9, 2009. The reason for the adjournment is as follows: The parties are trying to settle this matter, however, we are awaiting medical records from this one doctor that have seen Ms. Shears since the incident. We expect to get these records by the end of September 2009. Once we receive the records, we will be able to settle this matter.

      In addition we have been conducting discovery. I have received responses to Plaintiff's interrogatories from the Defendant, and Plaintiff will submit her responses to the defendant's Interrogatories by September 15, 2009. However, deposition of the Defendant may not be possible since the defendant police officer is still in Iraq.

      Thank you for your time, patience and consideration.

          Respectfully Submitted,


          _____
          Emmanuel Roy, Esq. (ER-1756)
          Roy & Associates, P.C.
          26  Court Street, Suite 1503
          Brooklyn, New York 11242
          (718) 797-2553


*cc.*    *Sud Summit, Esquire*
       *Attorney for Defendant by First Class US Mail*